■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE H., Appellant. [657 NYS2d 341] —Appeal by the defendant from a judgment of the County Court, Nassau County (Kowtna, J.), rendered June 17, 1996, adjudicating him a youthful offender, upon a jury verdict finding him guilty of robbery in the second degree (three counts) and grand larceny in the fourth degree (two counts), and imposing sentence.

Ordered that the judgment is affirmed, and the matter is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5).

The defendant's claim with respect to the trial court's charge is unpreserved for appellate review (*see, People v Gray,* 86 NY2d 10, 19; *People v Buckley,* 75 NY2d 843; *People v Nuccie,* 57 NY2d 818).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Pizzuto, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YEHUT HANN, Appellant. [657 NYS2d 341] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (D. Goldstein, J.), imposed July 12, 1995, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal should not be enforced (*see, People v Velez,* 216 AD2d 339; *People v Prescott,* 196 AD2d 599). Upon review of the defendant's contention, we conclude that the sentence imposed was not excessive (*see, People v Bailey,* 215 AD2d 769; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Bracken, O'Brien, Pizzuto and Florio, JJ., concur.